IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS PERUCHETTI and FRAN PERUCHETTI,

          Plaintiffs,

  v.

A.O. SMITH CORPORATION, et al.,

          Defendants.

2:06-cv-1776-GEB-DAD

ORDER

        The parties filed a Stipulation and Proposed Order on August 25, 2006, in which they request that "this matter be stayed pending a transfer of this action to In re Welding Fume Products Liability Litigation, MDL No. 1535 (N.D. Ohio)." The action will be stayed as the parties request, except as follows: the status conference currently scheduled for October 23, 2006, is rescheduled to commence at 9:00 a.m. on February 26, 2007; further, the parties shall

/////
/////
/////
/////
/////
/////

1

1  file a joint status report no later than February 12, 2007, in which
2  they only explain whether a decision has issued regarding the effort
3  to transfer this action, and if so, the contents of that decision.[1]
4          IT IS SO ORDERED.
5  Dated:  August 31, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." (Order Setting Status (Pretrial Scheduling) Conference filed Aug. 10, 2006, at 2 n.1.)

2